81, 941-01

# MR. ASHLEY BURLESON

## ATTORNEY AND COUNSELOR AT LAW

**1001 TEXAS AVENUE  ·  SUITE 1400  ·  HOUSTON, TEXAS 77002**

**CELL PHONE (713)201-7399    FAX (888)260-5496    EMAIL  ASHLEYCANDO@GMAIL.COM**

Abel Acosta
Clerk
Texas Court of Criminal Appeals
P.O. Box 12308                                                      December 24, 2013
Austin, Texas  78711

RE:  Postconviction Application for Writ of Habeas Corpus
     Cause No. 1228363-A

Dear Clerk,

Please find enclosed for filing in the above-referenced Cause Applicant's Motion for Rehearing and attachments thereto for filing among the papers in the above-referenced Cause.

Your prompt attention given to this matter will be appreciated.

Respectfully Submitted,

MR. ASHLEY BURLESON, ATTORNEY AT LAW

By: _____
Ashley B. Burleson
Texas State Bar No. 24058633
1001 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone:  (713) 201-7399
Facsimile:  (888) 260-5496
Email:  ashleycando@gmai

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 8-11-15
BY: PC

Cause No.1228363-A

Chan Lau                                §
        Applicant

            Vs.                         §        In the Court of Criminal Appeals
                                                 of the State of Texas

The State of Texas                      §
        State

                                        §

# <u>MOTION FOR REHEARING</u>

To the Honorable Court of Criminal Appeals:

Now comes the Applicant, Chan Lau, and moves the court to set aside the judgment of the Court denying Applicant's post-conviction Writ of Habeas Corpus rendered and entered herein on or about the 26th day of November, 2014, and grant a rehearing of this cause, for the following reasons, to wit: In violation of Article 11.07 (3)(c) of the Texas Code of Criminal Procedure, the 351st Judicial District Court failed to transmit all of the existing record in this Cause to the Court of Criminal Appeals. The omission included evidence supporting Applicant's claims. Attorney for Applicant verified with the Court of Criminal Appeals on December 19, 2014, that this portion of the record was absent from those records transmitted to this Court by the 351st Judicial District Court. Applicant states that the name of the opposing counsel in this cause is Andrew J. Smith , and he resides in , Harris County, Texas.

Argument and authorities in support of this Motion for Rehearing are attached hereto and made a part hereof.

Respectfully Submitted,

**MR. ASHLEY BURLESON, ATTORNEY AT LAW**

By: _[signature]_
Ashley B. Burleson
Texas State Bar No. 24058633
1001 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: (713) 201-7399
Facsimile: (888) 260-5496
Email: ashleycando@gmail.com

## CERTIFICATE

I, Ashley Burleson., attorney of record for Applicant, .Chan Lau., hereby certify that a true and correct copy of this Motion for Rehearing, together with written arguments and authorities attached thereto, have been delivered to the following parties, by posting, certified mail, to their address, this the _2 4 7_ day of December , 2014. and addressed as follows:

Chris Daniels
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

Andrew J. Smith
Assistant District Attorney
Harris County, Texas
1201 Franklin, 6th Floor
Houston, Texas 77002.

By: _[signature]_
Ashley B. Burleson

Cause No. 1228363-A

| | | |
|---|---|---|
| Chan Lau, | § | |
|     Applicant, | | |
|         Vs. | § | In the Court of criminal Appeals |
| | | of the State of Texas |
| The State of Texas, | § | |
|     State. | | |
| | § | |

## ARGUMENT AND AUTHORITIES ON MOTION FOR REHEARING

## Argument

The Court denied Applicant's Application for Writ of Habeas Corpus without written opinion on November 26, 2014. This Court denied Applicant's Application for Writ of Habeas Corpus without benefit of a complete record transmitted to this Court by the Clerk of the 351st Judicial District Court. Specifically, the clerk failed to include among the records in this Cause Applicant's (Exhbiit B *Original Money Order* which accompanied Applicant's Memorandum of Fact and Law in Support of Application for Writ of Habeas Corpus and (Exhibit *Blank Money Order*) which accompanied Applicant's Objections to State's Proposed Findings of Fact and Law, Conclusions of Law and Order.

In his application for Writ of Habeas Corpus, Applicant raised as one of his claims a claim of actual innocence grounded on the fact that there does exist an original of the money order in question. The exhibit excluded by the clerk demonstrates the existence of the original of the money order in question and therefore supports Applicant's actual innocence. See: *Memorandum of Fact and Law in Support of Application for Writ of Habeas Corpus.*

On or about December 19, 2014, in response to an inquiry from Applicant's counsel of record, Ms. Victoria Jones of the Texas Court of Criminal Appeals sent, via email, copies of all materials transmitted by the District Clerk to the Court of Criminal Appeals

## Authorities

Article 11.07, § 3(d) of the Texas Code of Criminal Procedure requires that the clerk of the convicting court, in this case the 351st Judicial District Court, "transmit to the Court of Criminal Appeals, under one cover, the application, any answers filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." "That is, the statute requires the clerk to forward all pertinent material in the habeas record, including transcriptions of all hearings, all exhibits, and all memoranda of law." Article 11.07, § 3(d), T.C.C.P., *Ex Parte Jackson*, 366 S.W.3d 201 (Tex.Crim.App.2012). Where the clerk of the convicting court fails to transmit a complete record to the Court of Criminal Appeals, Applicant is denied due process and equal protection of the law guaranteed to him by the United States Constitution and the Texas Constitution.

## Conclusion and Prayer

**WHEREFORE,** premises considered, Applicant prays that this Court withdraw its mandate, allow Applicant to supplement the record with (EXHBIT B ORIGINAL MONEY ORDER), grant this Motion for Rehearing, and in the interest of justice, grant the Application for Writ of Habeas Corpus (No. 1228363-A), reverse the conviction in Cause No. 1228363, and order Applicant's immediate release from Respondent's custody.

Respectfully Submitted,

**MR. ASHLEY BURLESON, ATTORNEY AT LAW**

By: _Ashley Burleson_
Ashley B. Burleson
Texas State Bar No. 24058633
1001 Texas Avenue, Suite 1400
Houston, Texas 77002
Telephone: (713) 201-7399
Facsimile: (888) 260-5496
Email: ashleycando@gmail.com

**A**



THE FRONT OF THIS DOCUMENT HAS A MICRO-PRINT AMOUNT BOX AND THERMOCHROMIC. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**MoneyGram.** Money Orders    INTERNATIONAL MONEY ORDER    08/10/2009

20158098239
MONEY ORDER - WM

▼ PAY ONLY THIS AMOUNT ▼

PAY TO THE
ORDER OF./
PAGAR A LA
ORDEN DE:

IMPORTANT - SEE BACK BEFORE CASHING

ONE THOUSAND ***
DOLLARS 00 CENTS
AMOUNT IN WORDS

PURCHASER/, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE BACK OF THIS

ADDRESS/.
DIRECCION:

Payable Through
Wells Fargo Bank
South Central, N.A.
Anchorage, Alaska

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.

**MoneyGram.** Money Orders    2

R20158098234

RECEIPT
RECIBO

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55440
www.moneygram.com

EMPLOYEE:
DATE/AMOUNT

618 (7/09) 8009500
M 84740-0

KEEP A COPY OF THIS STUB
FOR YOUR RECORDS/
MANTENGA UNA COPIA DE
ESTE RECIBO PARA SUS ARCHIVOS



**Walmart**
Save money. Live better.

WE SELL FOR LESS
MANAGER MARIE ALKE
( 281 ) 933 - 7800
ST# 0916 OP# 00006294 TE# 92 TR# 09631
MONEY ORDER    060638896309    1,000.00 D
ORDER FEE    068113163351    0.60 N
SUBTOTAL    1,000.60
TOTAL    1,000.60
CASH  TEND    1,000.60
CHANGE  DUE    0.00

MONEY ORDER SERIAL NUMBERS
20168098239 - 1,000.00

# ITEMS SOLD 2

TC# 4261 6026 2883 8646 2668



Find simple tips and earth-friendly
products at walmart.com/green
08/10/09    11:17:10

*PETITIONER'S EXHIBIT*